# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | Case No. 2:15-cv-00919-JRG |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| HTC CORPORATION AND HTC AMERICA, INC., | § § § | |
| Defendants. | § § § § | |

## SAINT LAWRENCE COMMUNICATIONS LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Saint Lawrence Communications LLC's ("St. Lawrence") by and through its undersigned counsel states as follows:

The parent company of Saint Lawrence Communications LLC is Acacia Research Group LLC and the parent company of Acacia Research Group LLC is Acacia Research Corporation, a public company.

Dated: June 3, 2015               Respectfully submitted,

                                  */s/ Demetrios Anaipakos*
                                  Demetrios Anaipakos
                                  Texas Bar No. 00793258
                                  danaipakos@azalaw.com
                                  AHMAD, ZAVITSANOS, ANAIPAKOS,
                                      ALAVI & MENSING P.C.
                                  1221 McKinney Street, Suite 3460
                                  Houston, TX 77010
                                  Telephone: 713-655-1101
                                  Facsimile: 713-655-0062

                                  **ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 3, 2015.

                                  */s/ Demetrios Anaipakos*