AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:15-cv-00919 |
| HTC Corporation and HTC America, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HTC America, Inc.
c/o National Registered Agents Inc.
505 Union Ave. SE
Suite 120
Olympia, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Demetrios Anaipakos
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/3/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00919

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**CAUSE NO. 2:15-cv-00919**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § | |
| **PLAINTIFF** | § | IN THE UNITED STATES DISTRICT COURT, |
| | § | EASTERN DISTRICT OF TEXAS |
| VS. | § | |
| | § | |
| HTC CORPORATION AND HTC AMERICA INC, | § § | |
| **DEFENDANT** | | |

## RETURN OF SERVICE

**ON Wednesday, June 03, 2015 AT 12:04 PM** - SUMMONS IN A CIVIL ACTION, SAINT LAWRENCE COMMUNICATIONS LLC'S COMPLAINT FOR PATENT INFRINGEMENT **CAME TO HAND.**

**ON Wednesday, June 03, 2015 AT 01:08 PM, I, ALICIA CLEMENTS, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** HTC AMERICA INC, C/O REGISTERED AGENT NATIONAL REGISTERED AGENTS INC, BY DELIVERING TO JEFF MINER SR., CORP. OPERATIONS MANAGER, 505 UNION AVE SE SUITE 120, OLYMPIA, THURSTON COUNTY, WA 98501.

My name is ALICIA CLEMENTS. My address is 14973 INTERURBAN AVENUE SOUTH #201, TUKWILA, WA 98168, USA. My date of birth is March 17, 1968. I am over the age of 18, and have no interest in this case. I am authorized to serve process within the state of WA. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in KING County, WA, on Wednesday, June 03, 2015.


/S/ ALICIA CLEMENTS



DocID: P229404_1

ACA079