# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | Case No. 2:15-cv-00919-JRG (Lead Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| HTC CORPORATION AND HTC AMERICA, INC., | § § § | |
| Defendants. | § § § § | |
| HTC CORPORATION AND HTC AMERICA, INC., | § § § | Case No. 2:15-cv-001510-JRG (Consolidated Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, | § § § § | |
| Defendants. | § § § | |

### JOINT MOTION REQUESTING ENTRY
### OF SUPPLEMENTAL QUALCOMM PROTECTIVE ORDER

Plaintiff Saint Lawrence Communications LLC ("St. Lawrence") and Defendant HTC Corporation ("HTC") hereby jointly move for entry of a Supplemental Qualcomm Protective Order to govern production of third party Qualcomm confidential information. The agreed Supplemental Qualcomm Protective Order is attached as Exhibit A. All parties and Qualcomm have agreed to this Supplemental Qualcomm Protective Order. Accordingly, the parties jointly request that the Court enter the Agreed Supplemental Qualcomm Protective Order.

1

| | |
|---|---|
| Dated:  February 10, 2016 | Respectfully submitted,<br><br>/s/ *Masood Anjom*<br>Demetrios Anaipakos<br>Texas Bar No. 00793258<br>danaipakos@azalaw.com<br>Amir Alavi<br>Texas Bar No. 00793239<br>aalavi@azalaw.com<br>Alisa A. Lipski<br>Texas Bar No. 24041345<br>alipski@azalaw.com<br>Brian E. Simmons<br>Texas Bar No. 24004922<br>bsimmons@azalaw.com<br>Masood Anjom<br>Texas Bar No. 24055107<br>manjom@azalaw.com<br>Michael McBride<br>Texas Bar No. 24065700<br>mmcbride@azalaw.com<br>Kyril Talanov<br>Texas Bar No. 24075139<br>ktalanov@azalaw.com<br>Ahmad, Zavitsanos, Anaipakos,<br>Alavi & Mensing P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>Telephone: 713-655-1101<br>Facsimile: 713-655-0062<br><br>**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**<br><br>/s/ *Lam Nguyen (by permission)*<br>Heidi L. Keefe<br>Mark R. Weinstein<br>Priya B. Viswanath<br>Lam Nguyen<br>Philip H. Mao<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650.843.5000<br>Fax: 650.857.0663 |

> hkeefe@cooley.com
> mweinstein@cooley.com
> pviswanath@cooley.com
> lnguyen@cooley.com
> pmao@cooley.com
>
> Roger Brian Craft
> bcraft@findlaycraft.com
> Eric H. Findlay
> efindlay@findlaycraft.com
> Findlay Craft PC
> 102 N College Avenue
> Suite 900
> Tyler, TX 75702
> 903/534-1100
> Fax: 903/534-1137

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 10, 2016.

/s/ *Masood Anjom*