# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ZTE CORPORATION ET AL. | § | 2:15-cv-349-JRG |
| | § | LEAD CASE |
| HTC CORPORATION ET AL. | § | 2:15-cv-919-JRG |
| | § | LEAD CASE |

## ORDER APPOINTING TECHNICAL ADVISOR
## AND CONSOLIDATING CLAIM CONSTRUCTION BRIEFING

The above-captioned consolidated actions involve the same asserted patents and are set for a joint claim construction hearing on June 29, 2016. *See* (Dkt. No. 95 in Case No. 2:15-349).

The Court has previously appointed David Keyzer as technical advisor in consolidated Case No. 2:15-349 (Dkt. No. 72). The Court hereby appoints David Keyzer as the Court's technical advisor in consolidated Case No. 2:15-919. Mr. Keyzer's fees and expenses, following this Order, shall be assessed equally between Plaintiff and Defendants in the above-captioned consolidated actions. The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to david@keyzerlaw.com. For any claim construction materials that have already been filed as of the date of this Order, the filing party is ORDERED to provide copies to Mr. Keyzer within three business days. For claim construction materials that are filed after the date of this Order, the filing party is ORDERED to provide copies to Mr. Keyzer no later than one business day after filing.

The Court designates Case No. 2:15-349 as the LEAD CASE for purposes of claim construction <u>only</u>. The parties in the above-captioned consolidated actions are ORDERED to file all claim construction materials in Case No. 2:15-349.

**SIGNED this 26th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE